IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30139-WDS |
| ) | |
| JOSIAH COMPTON, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

**STIEHL, District Judge:**

Before the Court is defendant's motion to unseal the Title III wiretap application and affidavits (Doc. 594). The government has filed a response (Doc. 595), indicating that it has no objection to the Court lifting the seal subject to the protective order previously entered by the Court (Doc. 170).

Upon review of the record, the Court **GRANTS** defendant's motion to unseal Title III wiretap application and affidavits.

In accordance with the Court's order of protection, defense counsel must maintain in his custody, care and control, at all times, the discovery provided by the government, including the Title III wiretap documents. Counsel may show this material only to his client, and not to any other defendant These materials may not be copied or disseminated to any defendant in any form. In addition, these materials may not be left at any time in any jail, office, or other location which may allow them to be copied, redistributed or disseminated in any manner.

**IT IS FURTHER ORDERED** that any paper, motion or document filed with the Court involving, discussing, attaching, including or referring to the contents of any of the materials

subject to this Order shall be filed under seal and shall not be served on any defendant.

**IT IS SO ORDERED.**

**DATED: November 28, 2006.**

<u>s/ WILLIAM D. STIEHL</u>
**DISTRICT JUDGE**